United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 10-19944-mdc
Emmanuel Bet-Esfandiar                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 2              Date Rcvd: Aug 16, 2016
                             Form ID: 138NEW          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
```
db         +Emmanuel Bet-Esfandiar,    2253 Second Street Pike,    Wrightstown, PA 18940-9690
NONE       +John G. McStravick,    2236 Hoffnagle Street,    1st Floor,    Philadelphia, PA 19152-2512
intp       +Lipsky and Brandt,    1101 Market Street,    Suite 2820,    Philadelphia, PA 19107-2993
cr         +Wells Fargo Bank, N.A.,    4101 Wiseman Blvd,    San Antonio, TX 78251-4200
12224487   +AMERICAN EXPRESS,    P.O. BOX 981537,    EL PASO, TX 79998-1537
12224488   +AR RESOURCES INC.,    P.O. BOX 1056,    BLUE BELL, PA 19422-0287
12224490   +BELFAST CONSTRUCTION COMPANY,    2236 HOFFHAGLE STREET, 1ST FLOOR,    PHILADELPHIA, PA 19152-2512
12224491   +BUONO MANNI, INC.,    P.O. BOX 1339,    SOUTHAMPTON, PA 18966-0820
12224492   +CBUSA/SEARS,    701 E. 60TH STREET NORTH,    P.O. BOX 6241,    SIOUX FALLS, SD 57117-6241
12224493   +CENTRAL FINANCE CONTROL,    P.O. BOX 66051,    ANAHEIM, CA 92816-6051
12224494   +CHASE BANK USA NA,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
12224495    CITIBANK SD NA/SHELL,    P.O. BOX 6497,    SIOUX FALLS, SD  57117-6497
12251130    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12224496   +DANIEL D. MCCAFFERY, ESQUIRE,    101 GREENWOOD AVENUE, 5TH FLOOR,    JENKINTOWN, PA 19046-2636
12320220   +Howland Hess Guinan Torpey & Cassidy LLP,    2444 Huntingdon Pike,
             Huntingdon Valley, PA 19006-6112
12224499   +JOHN R. HOWLAND, ESQUIRE,    2444 HUNTINGDON PIKE,    HUNTINGDON VALLEY, PA 19006-6112
12244332   +M & T Bank,    c/o MARGARET GAIRO,    McCabe Weisberg and Conway,
             123 South Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
12242674   +M & T Bank,    c/o Margaret Gairo,    123 S. Broad Street, Suite 2080,
             Philadelphia, PA 19109-1031
12224502   +MB FINANCIAL SERVICES,    P.O. BOX 961,    ROANOKE, VA 76262-0961
12224504   +MCSTRAVICK, JOHN G.,    2236 HOFFNAGLE STREET, 1ST FLOOR,    PHILADELPHIA, PA 19152-2512
12224503   +McCabe, Weisberg & Conway,    123 S. Broad Street - Suite 2080,    Philadelphia, PA 19109-1031
12224505   +SEARS/CBSD,    701 E. 60TH STREET NORTH,    P.O. BOX 6241,    SIOUX FALLS, SD 57117-6241
12224506   +VERIZON PENNSYLVANIA,    500 TECHNOLOGY DRIVE,    WELDON SPRING, MO 63304-2225
12435788    Verizon,    PO Box 3037,    Bloomington, IL 61702-3037
12224507    WACHOVIA MORTGAGE FSB,    794 DAVIS STREET,    SAN LEANDRO, CA  94577-6922
12251959   +Wells Fargo Bank, N.A.,    4101 Wiseman Blvd, T7416-023,    San Antonio, TX 78251-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Aug 17 2016 02:16:18    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 17 2016 02:16:05    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: cio.bncmail@irs.gov Aug 17 2016 02:14:51    Internal Revenue Service,
             Office of Chief Counsel,    701 Market Street, Suite 2200,    Philadelphia, PA  19106
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2016 02:21:01
             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
             Houston, TX  77210-4457
cr          E-mail/Text: ebn@vativrecovery.com Aug 17 2016 02:14:55    VATIV Recovery Solutions, LLC,
             as Agent for Palisades Collections,    PO Box 40728,    Houston, TX  77240-0728
12231530   +E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2016 02:14:39
             Ally Finacial Inc. f/k/a GMAC Inc.,    PO Box 130424,    Roseville, MN 55113-0004
12466314    E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:12:40    B-Line, LLC,
             P.O. Box 91121,    Dept. 550,    Seattle, WA 98111-9221
12309286    E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:12:40
             CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12626020   +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:11:33
             East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
             Greenville, SC 29602-0288
12224497   +E-mail/Text: RBrown@FoxChaseBank.com Aug 17 2016 02:15:44    FOX CHASE BANK,
             510 TOWNSHIP LINE ROAD, STE. 200,    BLUE BELL, PA 19422-2721
12224498   +E-mail/Text: ally@ebn.phinsolutions.com Aug 17 2016 02:14:39    GMAC,    P.O. BOX 380901,
             BLOOMINGTON, MN 55438-0901
12224500   +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 17 2016 02:11:33    LVNV FUNDING LLC,
             P.O. BOX 10497,    GREENVILLE, SC 29603-0497
12224501    E-mail/Text: camanagement@mtb.com Aug 17 2016 02:14:57    M & T BANK,
             1 FOUNTAIN PLAZA, 7TH FLOOR,    BUFFALO, NY  14203
13028588    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2016 02:21:01    Midland Funding LLC,
             by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
             Houston, TX  77210-4457
12273159   +E-mail/Text: ebn@vativrecovery.com Aug 17 2016 02:14:55    Palisades Acquisition IX, LLC,
             Vativ Recovery Solutions LLC,    As Agent For Palisades Acquisition IX, L,    PO Box 19249,
             Sugar Land TX 77496-9249
12267047    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 17 2016 02:15:10
             Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA 17128-0946
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Aug 16, 2016
                              Form ID: 138NEW          Total Noticed: 42


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12224486         10-19944
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
cr*              B-Line, LLC,    P.O. Box 91121,    Dept. 550,    SEATTLE, WA 98111-9221
cr*              CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
cr*             +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                  GREENVILLE, SC 29602-0288
12320845*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12224489       ##+AURORA LOAN SERVICES,    2617 COLLEGE PARK DRIVE,    SCOTTSBLUFF, NE 69361-2294
                                                                                             TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:

```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              DANIEL P. MUDRICK    on behalf of Debtor Emmanuel  Bet-Esfandiar dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID E. STERN    on behalf of John G. McStravick dstern@fsalaw.com, mprimavera@fsalaw.com
              JOSHUA B. LADOV    on behalf of Interested Party    Lipsky and Brandt jladov@ladovlaw.com,
               admin@ladovlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KRISTINA LYNN RICO    on behalf of Creditor    Internal Revenue Service
               kristina.l.rico@irscounsel.treas.gov
              LINH KIET TRAN    on behalf of Creditor    CR Evergreen II, LLC notices@quantum3group.com
              PETER J. MULCAHY    on behalf of Creditor    Fox Chase Bank paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Emmanuel Bet–Esfandiar
    Debtor(s)

Bankruptcy No: 10–19944–mdc
Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/16/16

93 – 92
Form 138_new