United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Emmanuel Bet-Esfandiar  
    Debtor

Case No. 10-19944-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 04, 2016  
                    Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.  
db          +Emmanuel Bet-Esfandiar,   2253 Second Street Pike,   Wrightstown, PA 18940-9690

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2016 at the address(es) listed below:

        CELINE P. DERKRIKORIAN   on behalf of Creditor   M&T BANK ecfmail@mwc-law.com  
        DANIEL P. MUDRICK   on behalf of Debtor Emmanuel  Bet-Esfandiar dpmudrick@verizon.net,  G30229@notify.cincompass.com  
        DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Wells Fargo Bank, N.A. debersole@hoflawgroup.com,  bbleming@hoflawgroup.com  
        DAVID E. STERN   on behalf of  John G. McStravick dstern@fsalaw.com,  mprimavera@fsalaw.com  
        JOSHUA B. LADOV   on behalf of Interested Party   Lipsky and Brandt jladov@ladovlaw.com,  admin@ladovlaw.com  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        KRISTINA LYNN RICO   on behalf of Creditor   Internal Revenue Service kristina.l.rico@irscounsel.treas.gov  
        LINH KIET TRAN   on behalf of Creditor   CR Evergreen II, LLC notices@quantum3group.com  
        PETER J. MULCAHY   on behalf of Creditor   Fox Chase Bank paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                         TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

Emmanuel Bet–Esfandiar                                                      : Case No. 10–19944–mdc
        Debtor(s)

***ORDER***
_____

AND NOW, this day , October 4,2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

97
Form 195